IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD BLOCK** **PLAINTIFF**
**ADC #130743**

V.                    NO. 3:25-cv-00013-BRW

**HAYDEN B. GRADY** **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 4th day of February, 2025.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE